BENJAMIN B. WAGNER
United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE EXTRADITION OF: <br><br> CRISPIN OCHOA PACHECO | CASE NO.  01:98-MC-00021 DLB <br><br> MOTION TO DISMISS COMPLAINT AND ORDER |
|---|---|

   The United States seeks to extradite fugitive Crispin Ochoa Pacheco (hereinafter "Ochoa") to face the charge of Aggravated Homicide in the State of Nayarit, Mexico, arising from the February 1, 1997 shooting and killing of Felipe Medina Escalante. Mexico seeks extradition pursuant to the Extradition Treaty between the United States and the United Mexican States. 31 U.S.T. 5059; TIAS 9656.

   On February 18, 1998, the United States filed a Complaint for Provisional Arrest and Extradition in the above-referenced matter. On February 26, 1998, United States Magistrate Judge Dennis L. Beck of the United States District Court for the Eastern District of California issued a Warrant of Arrest based on that Complaint.

   It was subsequently discovered that Ochoa was arrested in the State of Kentucky and convicted of Homicide. He was sentenced to a 25-year prison term. The extradition warrant issued by this Court was never served on Ochoa. Ochoa continues to serve the aforesaid prison sentence in the Eastern District of Kentucky at the Eastern Kentucky Correctional Complex in West Liberty, Kentucky. Ochoa's earliest possible release date is April 24, 2014.

Jurisdiction to hear the extradition case lies where the fugitive is "found". 18 U.S.C. § 3184 (court "may, upon complaint made under oath, charging any person found within his jurisdiction, …issue [its] warrant for the apprehension of the person so charged"). Because this Court no longer has personal jurisdiction over Ochoa, the Complaint for Provisional Arrest and the Warrant of Arrest in case no. 01:98-MC-00021 DLB should be dismissed without prejudice to re-file in the appropriate jurisdiction.

Dated: May 16, 2013            BENJAMIN B. WAGNER
                                           United States Attorney

                                           /s/ Michelle Rodriguez
                                           MICHELLE RODRIGUEZ
                                           Assistant United States Attorney

1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELLE RODRIGUEZ
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                       IN THE UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11 | IN THE MATTER OF THE EXTRADITION OF: | CASE NO.  01:98-MC-00021 DLB |
12 | CRISPIN OCHOA PACHECO | ORDER |

13

14

15                                       **ORDER**

16     GOOD CAUSE APPEARING, the Complaint for Provisional Arrest and Extradition and the

17 Warrant of Arrest in case no. 01:98-MC-00021 DLB are dismissed without prejudice to re-file in the

18 appropriate jurisdiction.   Warrant is Ordered recalled.

19

20 IT IS SO ORDERED.

21

22     Dated:   **May 21, 2013**              /s/ Barbara A. McAuliffe
                                              UNITED STATES MAGISTRATE JUDGE
23

3